UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-107-WFN-14 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION |
| | ) | IN PART |
| v. | ) | |
| | ) | ☑ Motion Granted in Part |
| CALEB VADEN DORMAIER, | ) | **(Ct. Rec. 662; 681)** |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the December 16, 2011, hearing on the Motion to Modify and Supplemental Motion to Modify Release Conditions (ECF Nos. 662 and 681), Douglas D. Phelps appeared with Defendant; Assistant U.S. Attorney Stephanie Van Marter represented the United States. Defendant's request to be permitted to be employed away from the family farm is **GRANTED**, provided it does not interfere with treatment and is otherwise determined by Pretrial Services to be proper employment. The request to remove electronic monitoring is **DENIED** with leave to renew. Pretrial Services is given the discretion to arrange a curfew as needed for employment purposes.

**IT IS SO ORDERED.**

DATED December 19, 2011.

                                            S/ CYNTHIA IMBROGNO
                                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION IN PART - 1