# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.  **DORMAIER, Caleb Vanden**   Docket No.   2:11CR00107-014

## Petition for Action on Conditions of Pretrial Release

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Caleb Dormaier who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 28th day of September 2011, under the following conditions:

<u>Standard Condition No. 9</u>: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

<u>**Violation No. 1**</u>: Caleb Vanden Dormaier is considered in violation of his pretrial supervision in the Eastern District of Washington by testing positive for the use of cocaine on March 20, 2012

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   4/9/2012

by   s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[✓] Other *To be combined with the April 26, 2012 hearing.*

Signature of Judicial Officer

4/9/12
Date