UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-107-WFN-14 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING IN PART |
| | ) | UNOPPOSED MOTION TO MODIFY |
| v. | ) | |
| | ) | |
| CALEB VADEN DORMAIER, | ) ☑ | UNOPPOSED MOTION |
| | ) | GRANTED IN PART |
| Defendant. | ) | **(ECF No. 1009)** |
| | ) | |
| | ) | |
| | ) | |

Defendant's unopposed Motion to modify his release conditions is **GRANTED IN PART.**   Defendant shall remain under GSP monitoring. However, his curfew is modified to the hours of **9:00 p.m. to 5:00 a.m.**   Defendant will not be required to check in with his Pretrial Services Officer while he is at work, during the hours of 5:00 a.m to 9:00 p.m.

All other conditions of release shall remain.

**IT IS SO ORDERED.**

DATED June 29, 2012.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART UNOPPOSED MOTION TO MODIFY - 1