UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>v.<br>CALEB VADEN DORMAIER,<br>　　　　　　Defendant. | No. CR-11-107-WFN-14<br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY<br>☑　MOTION DENIED<br>　　**(ECF No. 1035)** |

Date of bail review hearing: **August 9, 2012.**

　　The Motion is unopposed by the U. S. Probation Officer and opposed by the United States.

　　**IT IS ORDERED** Defendant's Motion to Modify (ECF No. 1035) is **DENIED**. However, if the supervising U.S. Probation Officer concludes it is appropriate on occasion to temporary modify the curfew for employment needs or family events occurring within the district, the officer is given discretion to do so. However, Defendant must remain under GPS home monitoring.

　　In addition, the U.S. Probation Officer is directed to facilitate a search for funding to assist with GPS costs.

　　DATED August 9, 2012.

　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 1