PROB 12C
(6/16)

Report Date: October 17, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 18, 2017**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Caleb Vaden Dormaier          Case Number: 0980 2:11CR00107-SAB-14

Address of Offender: ▮▮▮▮▮▮▮▮▮ Ephrata, Washington 98823

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 3, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(B) and 846 |
| Original Sentence: | Prison - 60 months; TSR - 60 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| Defense Attorney: | Douglas D. Phelps |

Type of Supervision: Supervised Release

Date Supervision Commenced: August 19, 2016

Date Supervision Expires: August 18, 2021

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1     **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

        **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of burglary 1st degree on or prior to October 12, 2017.

        On August 23, 2016, the offender signed his Judgement in a Criminal Case indicating he understood he could not commit any new criminal conduct.

        According to Soap Lake Police Department incident report 17SL1275, the offender illegally entered the residence located at 25 Elder St. North in Soap Lake, Washington, by crawling through an unlocked window. The offender had been in a relationship with the victim who resided at the residence but had been trespassed weeks earlier. It was alleged the offender stole the victim's cell phone while he was in the residence.

Prob12C
Re: Dormaier, Caleb Vaden
October 17, 2017
Page 2

| | |
|---|---|
| 2 | The offender was arrested under the Revised Code of Washington (RCW) 9A.52.020, pertaining to burglary in the first degree. The defendant was transported to the Grant County Jail where he remains in custody.<br><br>**Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of robbery 1st degree on or prior to October 12, 2017.<br><br>On August 23, 2016, the offender signed his Judgement in a Criminal Case indicating he understood he could not commit any new criminal conduct.<br><br>As noted above, the offender illegally entered the residence located at 25 Elder St. North in Soap Lake, Washington, by crawling through an unlocked window. After entering the residence the offender made contact with the victim, pulled a knife, placed it on a television, and then attempted to cover her face with a pillow to keep her from screaming for help. The offender left the residence after obtaining the victim's cell phone.<br><br>The offender was arrested under RCW 9A.56.200, pertaining to robbery in the first degree. The defendant was transported to the Grant County Jail where he remains in custody. |
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of threats to kill on or prior to October 12, 2017.<br><br>On August 23, 2016, the offender signed his Judgement in a Criminal Case indicating he understood he could not commit any new criminal conduct.<br><br>According to the Soap Lake Police Department incident report 17SL1275, it states the offender made the following threats to the arresting officer; "you're going to get killed," "you're going to end up dead." The offender also asked the officer later, "Is that your patrol vehicle? Do you always drive that vehicle? Is that the vehicle you take home with you?"<br><br>The offender was arrested under RCW 9A.46.020.2.iv, pertaining to threats to kill. The defendant was transported to the Grant County Jail where he remains in custody. |
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of assault 4th degree domestic violence on or prior to October 12, 2017. |

Prob12C
Re: Dormaier, Caleb Vaden
October 17, 2017
Page 3

On August 23, 2016, the offender signed his Judgement in a Criminal Case indicating he understood he could not commit any new criminal conduct.

As noted above the offender illegally entered the residence located at 25 Elder St. North in Soap Lake, Washington by crawling through an unlocked window. After entering the residence the offender made contact with the victim, pulled a knife, placed it on a television, and then attempted to cover her face with a pillow to keep her from screaming for help. The victim had been in a relationship with the victim in the recent past.

The offender was arrested under RCW 9A.36.041, pertaining to assault 4th degree with domestic violence. The defendant was transported to the Grant County Jail where he remains in custody.

5      **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of interfering with the reporting of domestic violence on or prior to October 12, 2017.

On August 23, 2016, the offender signed his Judgement in a Criminal Case indicating he understood he could not commit any new criminal conduct.

As noted above, the offender illegally entered the residence located at 25 Elder St. North in Soap Lake, Washington, by crawling through an unlocked window. The offender took the victim's phone which was her only way to contact law enforcement about the incident. The victim had to contact a neighbor to use a phone to call law enforcement.

The offender was arrested under RCW 9A.36.150, pertaining to interfering with the reporting of domestic violence. The defendant was transported to the Grant County Jail where he remains in custody.

6      **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by using a controlled substance, methamphetamine, on or prior to October 10, 2017.

On August 23, 2016, the offender signed his Judgement in a Criminal Case indicating he understood he could not use an illegal controlled substance.

On December 20, 2016, the offender signed his Treatment Services Contract Program Plan which referred him to Grant County Prevention and Recovery Center (PARC) for random urinalysis testing. The offender signed his authorization to release confidential information pertaining to the drug abuse program with PARC on December 21, 2016.

Prob12C
**Re: Dormaier, Caleb Vaden**
**October 17, 2017**
**Page 4**

On October 10, 2017, the defendant called PARC and was directed to report for a random drug test. The sample returned presumptive positive for amphetamine and was forwarded to Alere for confirmation. The sample was confirmed positive for the presence of methamphetamine on October 12, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/17/2017

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[xx] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*
Signature of Judicial Officer

10/18/2017
Date