Report Date: January 5, 2018

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Caleb Vaden Dormaier | Case Number: 0980 2:11CR00107-014 |
| Address of Offender: ▮▮▮▮▮ Moses Lake, Washington 98837 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 3, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(B) and 846 | | |
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | August 19, 2016 |
| Defense Attorney: | Miles Pope | Date Supervision Expires: | August 18, 2021 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/17/2017.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of violation of a no contact order on or prior to December 30, 2018. |
| | On August 23, 2016, the offender signed his Judgement in a Criminal Case indicating he understood he could not commit any new criminal conduct. |
| | According to reports obtained form the Soap Lake Police Department, the offender was contacted after an individual flagged down officers asking them to remove the offender from his property. After running a check on the offender, it was noted he had an active no contact order which excluded him from being within 1,000 feet of the victim of his last assault fourth domestic violence conviction. That conviction was on December 6, 2017, and is contained within the October 17, 2017, violation report which is pending before the Court. |

The officers measured the distance from the victim's home to where he was contacted and the distance from the victim's home to the address where he was removed from. Both locations were within the 1,000 foot restricted zone. The offender was arrested and taken to the Grant County Jail. The offender is currently charged in Grant County District Court under case number 7Z1325219, and his next court date is February 13, 2018.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/5/2018

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[xx] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/5/2018
Date