PROB 12C
(6/16)

Report Date: February 14, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Caleb Vaden Dormaier    Case Number: 0980 2:11CR00107-SAB-14

Address of Offender:    Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. Districte Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 3, 2012

Original Offense:    Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(B) and 846

Original Sentence:   Prison - 60 months; TSR - 60 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Stephanie A. Van Marter    Date Supervision Commenced: August 19, 2016

Defense Attorney:    Miles Pope    Date Supervision Expires: August 18, 2021

## PETITIONING THE COURT

To issue a summons and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 10/17/2017, and 1/5/2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by using a controlled substance, marijuana, on or prior to January 17, 2018.

On August 23, 2016, the offender signed his conditions of release noting he understood he could not administer any controlled substances.

On December 20, 2016, the offender signed his Treatment Services Contract Program Plan which referred him to Grant County Prevention and Recovery Center (PARC) for random drug testing and treatment. The offender signed his authorization to release confidential information pertaining to the drug abuse program with PARC on December 21, 2016.

Prob12C
**Re: Dormaier, Caleb Vaden**
**February 14, 2018**
**Page 2**

On January 17, 2018, the offender was directed to supply a random drug test at PARC. The sample returned presumptive positive for THC and was forwarded to ALERE Laboratories for confirmation. On January 20, 2018, the sample was confirmed positive for THC.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 10/17/2017, and 1/5/2018, and that the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  2/14/2018

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[xx] The Issuance of a Summons
[xx] The incorporation of the violation contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[xx] Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/16/2018
Date