PROB 12C
(6/16)

Report Date: June 29, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Caleb Vaden Dormaier          Case Number: 0980 2:11CR00107-SAB-14

Address of Offender:          Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 3, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(B) and 846 | | |
| Original Sentence: | Prison 60 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | August 19, 2016 |
| Defense Attorney: | Miles Pope | Date Supervision Expires: | August 18, 2021 |

### PETITIONING THE COURT

To issue a summons and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/17/2017; 01/05/2018; and 02/14/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

9          **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of violating a no contact order on or prior to March 8, 2018.

On August 23, 2016, the offender signed his conditions of release indicating he understood he could not commit another Federal, state, or local crime.

On March 8, 2018, officers with the Soap Lake Police Department received a call requesting contact. Officers were provided with text messages and a photo allegedly sent by the offender to his ex-girlfriend with whom he has a no contact order. The offender has been charged under case number G180262CC, in Grant County District Court, and a hearing is scheduled for July 10, 2018.

Prob12C
**Re: Dormaier, Caleb Vaden**
**June 29, 2018**
**Page 2**

|   |   |
|---|---|
| 10 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of violating a no contact order on or prior to June 9, 2018.

On August 23, 2016, the offender signed his conditions of release indicating he understood he could not commit another Federal, state, or local crime.

On June 9, 2018, an officer with the Soap Lake Police Department recognized a vehicle stopped at a local gas station to be one owned by the offender's ex-girlfriend. As the officer approached the vehicle, he noticed a male subject in the passenger seat immediately turn away after seeing him. The officer verified there was still a no contact order between the offender and his ex-girlfriend and then approached the vehicle. Contact was made with the ex-girlfriend in the driver's seat and then quickly confirmed the offender was the male subject in the passenger seat. The offender was arrested and charged under Grant County District Court number 8Z0501666. The defendant was able to bail out of custody and will next appear in court on July 10, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/17/2017; 01/05/2018; and 02/14/2018, and that the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   6/29/2018

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C

**Re: Dormaier, Caleb Vaden**
**June 29, 2018**
**Page 3**

THE COURT ORDERS

- [ ]   No Action
- [ ]   The Issuance of a Warrant
- [X]   The Issuance of a Summons
- [X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]   Defendant to appear before the Judge assigned to the case.
- [X]   Defendant to appear before the Magistrate Judge.
- [ ]   Other

_____
Signature of Judicial Officer

June 29, 2018
Date