PROB 12C
(6/16)

Report Date:  July 12, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Caleb Vaden Dormaier          Case Number: 0980 2:11CR00107-SAB-14

Address of Offender:                    Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 3, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846 |
| Original Sentence: | Prison - 60 months; TSR - 60 months |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: August 19, 2016 | |
| Defense Attorney: | Miles Pope | Date Supervision Expires: August 18, 2021 | |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/17/2017, 01/05/2018, 02/14/2018 and 06/29/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of driving under the influence, under RCW 46.61.502, and having an open alcoholic container in a vehicle, under RCW 46.61.519, on or prior to July 6, 2018.

On August 23, 2016, the offender signed his conditions of release indicating he understood he could not commit another Federal, state, or local crime.

On July 6, 2018, the offender was stopped by a Washington State Trooper after being observed traveling 93 mph in a 60 mph zone.  The trooper's report noted he could smell intoxicants in the vehicle and the offender's eyes were bloodshot. The offender agreed to take a field sobriety test which he failed. The offender refused a portable breath test and he

Prob12C
**Re: Dormaier, Caleb Vaden**
**July 12, 2018**
**Page 2**

was taken into custody. The trooper's report also noted an alcoholic container on the floorboard of the vehicle.

The offender was charged under case number 8Z0721583, for driving under the influence and under case number 8Z0721585, for the open container. The offender was booked into the Grant County Jail and later released. The offender is next scheduled to appear in court on August 21, 2018.

12      **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**:  The offender is considered to be in violation of his period of supervised release by failing to report for chemical dependancy treatment on June 5, 2018, and two additional days during the end of the month of June.

On August 23, 2016, the offender signed his conditions of release indicating he understood his obligations to any assessed treatment.

The offender failed to report for required chemical dependancy treatment on June 5, 2018, stating he "forgot" about the session. The treatment provider noted the offender also missed two additional sessions at the end of June but did not provide specific dates. The noted dates are forthcoming.  At this time the offender is in noncompliance with his assessed treatment as he has failed to report.

13      **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**:  The offender is considered to be in violation of his period of supervised release by consuming alcohol on or prior to July 6, 2018.

On August 23, 2016, the offender signed his conditions of release indicating he understood he could not consume alcohol.

As noted within violation number 11, a trooper with the Washington State Patrol contacted the offender on July 6, 2018, and assessed the offender as being under the influence of alcohol. The trooper's observations through smelling intoxicants, viewing an open alcoholic container, and the offender's failure to pass the field sobriety test, confirmed his use of alcohol.

Prob12C
**Re: Dormaier, Caleb Vaden**
**July 12, 2018**
**Page 3**

14          **Special Condition #18:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm abstinence from these substances.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to report for drug testing on July 9, 2018.

On August 23, 2016, the offender signed his conditions of release indicating he understood his obligation to report for dug testing as directed.

On February 28, 2018, the offender's Treatment Services Contract Program Plan was started which directed him to phone Grant County Prevention and Recovery Center (PARC) on a daily basis and report for drug testing when advised.

On July 9, 2018, the offender was scheduled to report for a random drug test at PARC. The offender failed to show.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     7/12/2018

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[  ]     Other

**Prob12C**
**Re: Dormaier, Caleb Vaden**
**July 12, 2018**
**Page 4**

_____

Signature of Judicial Officer

July 13, 2018

_____

Date