PROB 12C
(6/16)

Report Date: April 29, 2020

## United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Caleb Vaden Dormaier                Case Number: 0980 2:11CR00107-SAB-14

Address of Offender:                                   Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 3, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846 |
| Original Sentence: | Prison - 60 months         Type of Supervision: Supervised Release
TSR - 60 months |
| Sentence Reduction:
November 9, 2015 | Prison - 50 months
TSR - 60 months |
| Revocation Sentence:
September 27, 2018 | Prison - 9 months
TSR - 27 months |
| Asst. U.S. Attorney: | Earl A. Hicks         Date Supervision Commenced: June 11, 2019 |
| Defense Attorney: | TBD                   Date Supervision Expires: September 10, 2021 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 3, 2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.
  
**Supporting Evidence**: Caleb Vaden Dormaier is considered to be in violation of his supervised release by being arrested for driving while under the influence of narcotics in Grant County District Court, case number XZ0374390, on April 14, 2020. |

Prob12C
**Re: Dormaier, Caleb Vaden**
**April 29, 2020**
**Page 2**

On June 17, 2019, a probation officer reviewed the revocation judgement and sentence with Caleb Vaden Dormaier. He signed the document indicating he understood the conditions of his supervised release, which included special condition number 4. He was provided with a copy of the signed revocation judgement.

On April 14, 2020, a Grant County Sheriff's deputy conducted a traffic stop on a vehicle as the driver was driving erratically. Due to the nature of the traffic stop, Washington State Patrol (WSP) assisted, in the event the driver was driving under the influence.

Upon arrival, the WSP trooper spoke with the Grant County Sheriff's deputy who stated he observed the suspect vehicle cross over the center line multiple times, almost causing accidents with oncoming traffic. The deputy was able to conduct a traffic stop of the vehicle and positively identified the driver as Caleb Vaden Dormaier.

The deputy indicated he did not smell alcohol coming from the driver; however, he noted the driver's eyes were constricted. The deputy asked the driver if he had taken any medications or if he was diabetic. The driver indicated he was not. The deputy observed the driver to be lethargic and slow when communicating. The driver said he was tired and was going to have a friend pick up his vehicle.

The deputy told the trooper the driver has a history of drug use and may currently be using heroin. The deputy indicated the driver refused the field sobriety tests but offered to provide a breath sample.

The Trooper contacted the Mr. Dormaier who was seated on the guardrail. The trooper introduced himself and observed Mr. Dormaier to be lethargic with slurred speech. The trooper observed the offender's eyes were droopy and his pupils were constricted.

The trooper asked Mr. Dormaier if he was intoxicated. Mr. Dormaier denied being under the influence and said he had not taken any pills. Mr. Dormaier then clarified and said, "I mean this morning when I woke up."

Mr. Dormaier indicated he consumed a Hydrocodone earlier in the day for leg pain. He also told the trooper he had pneumonia and was taking Prednisone, Albuterol and antibiotics.

The trooper asked Mr. Dormaier if he uses any other recreational drugs like marijuana or methamphetamine. The offender replied, "No."

Mr. Dormaier refused all voluntary field sobriety tests. The trooper observed Mr. Dormaier's pupils were constricted and the offender allowed the trooper to shine a flashlight into his eyes. The trooper noted the constriction did not change. The officer also had Mr. Dormaier close his eyes for a few seconds and then open them. The pupil constriction was unchanged. Mr. Dormaier disclosed to the trooper he consumed Hydrocodone at about 9 or 10 a.m. earlier that day, and the medication was at his residence.

The trooper noted Mr. Dormaier appeared to be falling in and out of sleep during their interaction. The trooper noted, based on his training, he believed Mr. Dormaier was under the influence of a drug and not alcohol.

Prob12C
**Re: Dormaier, Caleb Vaden**
**April 29, 2020**
**Page 3**

          Mr. Dormaier was arrested and transported to the local hospital to complete a blood sample draw. The specimen was collected and sent to the Washington State Toxicology Laboratory for further analysis. The results are pending.

5      **Special Condition #4:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm abstinence from these substances.

          **Supporting Evidence**: Caleb Vaden Dormaier is considered to be in violation of his supervised release by submitting a random uranalysis specimen at Social Treatment Opportunity Programs (STOP) on April 13, 2020, which tested presumptive positive for methamphetamine, marijuana and morphine.

          On June 17, 2019, a probation officer reviewed the revocation judgement and sentence with Caleb Vaden Dormaier. He signed the document indicating he understood the conditions of his supervised release, which included special condition number 4. He was provided with a copy of the signed revocation judgement.

          On April 13, 2020, Mr. Dormaier provided a random urinalysis sample at STOP in Moses Lake, Washington. The sample was sent for further laboratory testing. The specimen tested positive for the following illegal substances as determined by Alere Toxicology Services on April 22, 2020: methamphetamine, marijuana metabolites and morphine. The sample was noted to be dilute in relationship to creatine and specific gravity.

6      **Special Condition #4:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm abstinence from these substances.

          **Supporting Evidence**: Caleb Vaden Dormaier is in violation of his period of supervised release by providing a random urinalysis specimen on April 15, 2020, to his Grant County Pretrial officer which tested positive for codeine, morphine, amphetamine, methamphetamine, marijuana and heroin.

          On June 17, 2019, a probation officer reviewed the revocation judgement and sentence with Caleb Vaden Dormaier. He signed the document indicating he understood the conditions of his supervised release, which included special condition number 4. He was provided with a copy of the signed revocation judgement.

          Mr. Dormaier met with his Grant County pretrial officer on April 15, 2020, after his arraignment. He provided a random urinalysis sample which was sent for further laboratory analysis. Mr. Dormaier disclosed to the officer that the specimen would be "dirty." He then stated he had not used any illegal drugs.

          On April 18, 2020, the results from Millennium Health report, determined the specimen to be positive for codeine, morphine, amphetamine, marijuana metabolites, and heroin metabolites. A subsequent report dated April 21, 2020, form Millennium Health confirmed the sample to be positive for methamphetamine.

Prob12C
**Re: Dormaier, Caleb Vaden**
**April 29, 2020**
**Page 4**

| | | |
|---|---|---|
| 7 | | **Special Condition #4:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm abstinence from these substances. |

**Supporting Evidence**: Caleb Vaden Dormaier is considered to be in violation of his supervised release by providing a random urinalysis specimen on April 22, 2020, to his Grant County Pretrial officer, which tested positive for morphine, methamphetamine and marijuana metabolites.

On June 17, 2019, a probation officer reviewed the revocation judgement and sentence with Caleb Vaden Dormaier. He signed the document indicating he understood the conditions of his supervised release, which included special condition number 4. He was provided with a copy of the signed revocation judgement.

Mr. Dormaier met with his Grant County Pretrial officer and provided a random urinalysis specimen and a random saliva sample on April 22, 2020. On April 25, 2020, the specimens were determined by Millennium Health to be positive for morphine, methamphetamine and marijuana metabolites.

8      **Special Condition #4:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm abstinence from these substances.

**Supporting Evidence**: Caleb Vaden Dormaier is considered to be in violation of his supervised release by providing a random urinalysis specimen on April 27, 2020, at STOP which was presumptive positive for amphetamine and methamphetamine.

On June 17, 2019, a probation officer reviewed the revocation judgement and sentence with Caleb Vaden Dormaier. He signed the document indicating he understood the conditions, which included special condition number 4. He was provided with a copy of the signed revocation judgement.

On April 27, 2020, Mr. Dormaier provided a random urine sample at STOP which tested presumptive positive for amphetamine and methamphetamine. The sample was sent to the laboratory for further analysis. Mr. Dormaier signed an admission form confirmed he used methamphetamine on or about April 17 and 18, 2020.

On April 28, 2020, this officer spoke with Mr. Dormaier about the random urine test from the previous day and he denied any drug use since April 17 or 18, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
**Re: Dormaier, Caleb Vaden**
**April 29, 2020**
**Page 5**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 29, 2020

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

5/1/2020

Date