PROB 12C
(6/16)

Report Date:  September 4, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 09, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Caleb Vaden Dormaier                Case Number: 0980 2:11CR00107-SAB-14

Address of Offender:                          Ephrata, Washington 98823

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 3, 2012

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846 |

Original Sentence:        Prison - 60 months;          Type of Supervision: Supervised Release
                               TSR - 60 months

Sentence Reduction:
November 9, 2015        Prison - 50 months
                               TSR - 60 months

Revocation
Sentence:                   Prison - 9 months
September 27, 2018     TSR - 27 months

Asst. U.S. Attorney:     Earl A. Hicks              Date Supervision Commenced: June 11, 2019

Defense Attorney:       Paul E. Shelton            Date Supervision Expires: September 10, 2021

---

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/03/2020; 05/01/2020; and 05/29/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer. |

**Supporting Evidence**: Mr. Dormaier is alleged to have violated standard condition number 3 by leaving the Eastern District of Washington (EDWA) without first obtaining permission from the probation officer on or about August 30, 2020.

On June 17, 2019, a probation officer reviewed the revocation judgment and sentence with Caleb Vaden Dormaier.  He signed the document indicating he understood the conditions, which included standard condition number 3.  He was provided with a copy of the signed revocation judgment.

Prob12C
**Re: Dormaier, Caleb Vaden**
**September 4, 2020**
**Page 2**

According to the Lynnwood, Washington, police report, on August 30, 2020, Mr. Dormaier was contacted by a Lynnwood police officer after a brief incident. Mr. Dormaier was driving a vehicle in the City of Lynnwood, in Washington State. He was stopped at a stop light and honked his horn at a vehicle in front of him. A female exited the vehicle and was observed pounding on Mr. Dormaier's vehicle window.

An officer contacted the female and another officer contacted Mr. Dormaier at his vehicle. Mr. Dormaier provided the officer with his driver's license upon request. The officer also observed an open container of beer in the center console and told him he could not have the open container of beer in the vehicle.

Mr. Dormaier explained what happened with the female, stating he honked his horn at the vehicle in front of him when it did not move. The female exited and started hitting his vehicle. The officer gave Mr. Dormaier a warning regarding the open container of beer and allowed him to leave the area.

On August 30, 2020, Mr. Dormaier left the EDWA without first obtaining permission from U.S. Probation.

13        **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Mr. Dormaier is alleged to have violated standard condition number 4 by failing to answer truthfully this officer's inquiry regarding leaving the EDWA without permission and denying he had contact with law enforcement on August 30, 2020.

On June 17, 2019, a probation officer reviewed the revocation judgment and sentence with Caleb Vaden Dormaier. He signed the document indicating he understood the conditions, which included standard condition number 4. He was provided with a copy of the signed revocation judgment.

On September 3, 2020, this officer spoke with Mr. Dormaier who adamantly denied being out of the district on August 30, 2020, and denied having any contact with law enforcement.

As noted in violation number 12, Mr. Dormaier was contacted by Lynnwood police in Lynnwood, Washington, on August 30, 2020, after a minor incident. Lynnwood is in the Western District of Washington. He had contact with Lynnwood police as outlined in violation number 12.

On September 3, 2020, Mr. Dormaier sent this officer a text message from his cellular phone indicating, "My girl was using my car from Friday till Monday cause her water pump went out in my car they might of ran my license plate while she was on the coast and my car is in my name that's the only thing that I could think of that my name was ran over there I rented a car from enterprise and used that over here."

14        **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

Prob12C
**Re: Dormaier, Caleb Vaden**
**September 4, 2020**
**Page 3**

**Supporting Evidence**: Mr. Dormaier is alleged to have violated standard condition number 4 by starting a relationship with Sharon Lane who has two felony convictions, without first obtaining permission from this officer to have contact with Ms. Lane.

On June 17, 2019, a probation officer reviewed the revocation judgment and sentence with Caleb Vaden Dormaier. He signed the document indicating he understood the conditions, which included standard condition number 8. He was provided with a copy of the signed revocation judgment.

On August 5, 2020, Mr. Dormaier disclosed he had a new girlfriend he met while at the inpatient substance abuse treatment facility. He did not believe she had any criminal history. On August 21, 2020, Mr. Dormaier confirmed he was in a relationship with Ms. Lane and provided this officer with her date of birth.

A criminal background check revealed Ms. Lane has two felony convictions. Mr. Dormaier indicated he did not know about Ms. Lane's felony convictions. He said they are really good for each other and she is helping him with his sobriety.

15        **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Mr. Dormaier is alleged to have violated standard condition number 9 by failing to report his contact with Lynnwood police in Lynnwood, Washington, on August 30, 2020, within 72 hours of the contact.

On June 17, 2019, a probation officer reviewed the revocation judgment and sentence with Caleb Vaden Dormaier. He signed the document indicating he understood the conditions, which included standard condition number 9. He was provided with a copy of the signed revocation judgment.

According to the Lynnwood police report, Mr. Dormaier was contacted by law enforcement in the City of Lynnwood, after a brief incident on August 30, 2020. Mr. Dormaier was contacted at the scene by an officer from the Lynnwood Police Department. The officer confirmed Mr. Dormaier's identity through his driver's license, which Mr. Dormaier provided to the officer.

On September 3, 2020, this officer contacted Mr. Dormaier and asked him about his law enforcement contact on August 30, 2020. He adamantly denied having contact with any law enforcement on August 30, 2020, stating he spent the entire weekend in Moses Lake, Washington, and he was never in Lynnwood that weekend.

**Prob12C**
**Re: Dormaier, Caleb Vaden**
**September 4, 2020**
**Page 4**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 4, 2020

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

9/9/2020

Date